# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Erik Maurice Dennis
------
Name under which you were convicted

233138
------
Your prison number

vs. Sgt. Brandon McKenzie
Sgt. Jessie W. Wilson
------
Name of Defendant(s)

CIVIL ACTION NO. 15 - 154 - WS - B
(To be supplied by Clerk of Court)

3800
GK Fountain Correctional Institute, Atmore, Ala. 36503
------
Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury.</u>

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other

Rev. 4/10/06

pleading filed with the Court.

E. Pleading the Complaint. Your complaint should not contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a short and plain statement of your claim and shall provide fair notice to each defendant of the claim against that defendant and of the factual grounds upon which the claim rests.

F. Fees. This complaint cannot be properly filed unless it is accompanied by the $350.00 filing fee or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. Form of Pleadings. All pleadings and other papers filed must be on 8 1/2" x 11" paper, legibly handwritten or typewritten. Every document filed after the complaint must have the style of the case and the docket number. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H. Certificate of Service. Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. Copies. This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. Form of Pleadings. Do not write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. No Evidence. No evidence shall be sent to the Court for filing or storing.

I. <u>PREVIOUS LAWSUITS</u>.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes ( )     No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes ( )     No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   Defendants: _____

   _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   _____

   3. Docket Number: _____

   4. Were you granted the opportunity to proceed without payment of filing fees?
   Yes ( )   No ( )

   5. Name of judge to whom the case was assigned: _____

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

   _____

   _____

   7. Approximate date of filing lawsuit: _____

3

8. Approximate date of ruling by court: _____

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: G.K. Fountain Correctional Inst.

B. Date it occurred: Tues, January 27th 7:00 am

C. Is there a prisoner grievance procedure in this institution? No

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )    No (✓)

E. If your answer is YES:

  1. What steps did you take? _____

  2. What was the result? _____

F. If your answer is NO, explain why not: this prison never has any prisoner grievences

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

On 1-27-15 around 7:00 am I (Erik Dennis) was being escorted to the infirmary by ~~Sgt Brandon~~ Sgt. Brandon McKenzie and Sgt. Jessie Wilson. I was being verbally aggresive before they brutally began to assault me while I was in handcuffs, laying on the ground. I received repeated kicks and punches to my face and head witch led to my eye socket being fractured, having to undergo surgery and being life flighted to U.S.A hospital. I am partially blind in my left eye. The pain wont go away and I'm still coughing up blood.

III. PARTIES.

A. Plaintiff (Your name/AIS): Erik Maurice Dennis 233158

Your present address: 3800 GK Fountain Atmore, Ala 36503

B. Defendant(s):

1. Defendant (full name) Brandon McKenzie is employed as Corection Officer at GK Fountain.

His/her present address is 3800 GK Fountain Atmore, Ala 36503.

(a) Claim against this defendant: I Erik Dennis was brutally assaulted while in hand cuffs. The beating was so severe, to where I had to have surgery on my eye.

(b) Supporting facts (Include date/location of incident):
On 1-27-15 I was brutally assaulted in the infirmary hallway by sgt McKenzie and sgt. Wilson. The beating was so severe I was life flighted to USA hospital.

2. Defendant (full name) Jessie Wilson is employed as Correction Officer at GK Fountain.

His/her present address is 3800 GK Fountain Atmore, Ala 36503.

(a) Claim against this defendant: I (Erik Dennis) was brutally assaulted while in hand cuffs. The beating was so severe I had to have surgery on my eye.

(b) Supporting facts (Include date/location of incident):
On 1-27-15 at 7:00 am I was brutally assaulted by sgt. Wilson and sgt. McKenzie. The beating was so severe I was life flighted to U.S.A. hospital.

3. Defendant (full name) _____ is employed as _____
at _____.

His/her present address is _____.

(a) Claim against this defendant: _____
_____

(b) Supporting facts (Include date/location of incident):
_____
_____
_____

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Violation of Probation/Burg. 1st possession of control substance

2. When were you convicted? Feb-13-2004

3. What is the term of your sentence? 20 yrs

4. When did you start serving this sentence? Dec. 2010

5. Do you have any other convictions which form the basis of a future sentence?
   Yes (✓)    No ( )

If so, complete the following:

(a) Date of conviction: _____

(b) Term of sentence: 15 split 18 months

6. What is your expected end of sentence (E.O.S.) date? 2025/NOV

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|          | Conviction      | Sentence        |
|----------|-----------------|-----------------|
| Reversed | yes( ) no( )    | yes( ) no( )    |
| Expunged | yes( ) no( )    | yes( ) no( )    |

Invalidated     yes( ) no( )          yes( ) no( )
Writ of habeas  yes( ) no( )          yes( ) no( )
   corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes): Award me punitive, compensatory, and actual damage for the physical assault on my person. Amount to be determine later.

VI. AFFIRMATION. By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

2-5-15
Date

_Erik M Dennis_
(Signature of Plaintiff Under Penalty of Perjury)

3800 GK Fountain Atmore, Ala 36503
Current Mailing Address

Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

STATE OF Alabama
COUNTY OF Escambia

## AFFIDAVIT

Before me, the undersigned Notary Public, personally appeared Erik Maurice Dennis, who being known to me, and after first being duly sworn, deposes and says under oath as follows:

My name is ERIK MAURICE Dennis, and I am 31 years

Of age and competent to testify to the statements made herein that...

On 1-27-15 About 7:00 AM, I was placed in handcuffs and escorted to the Infirmary For A body chart by Sgt. Brandon McKenzie and Sgt. Jessie Wilson. I was being verbally Aggressive because I was upset. As we walk down the infirmary hallway to get A body chart Sgt. McKenzie told me, "Shut the hell up I'm tired of your mouth." That's when I was slammed to the wall and slung to the floor. Sgt. McKenzie and Sgt. Wilson began to brutally Assault me, while I was laying on the floor with my hands behind my back. I began to scream for them to stop, they continued to kick and punch me All in my head and face. After they stop brutalizing me, I layed there bleeding from my mouth, nose and my head. They grab me by my Jacket drug me towards the end of the hallway and they told the runner, "hurry up And get that blood off the floor." I kept screaming "Y'all trying to kill me." Sgt. McKenzie told me "You need to learn to watch your mouth, And you wouldn't be bleeding." "I told you shut the hell up." The nurse wiped All the blood off my face, stop the bleeding everywhere and sent me back to C-side seg. I kept telling officers, I can't see in my eye, my head was pounding and I was extremely dizzy. I went hours and hours without any attention. I was in so much pain and dizzyness, I decided to lay down. Hours and hours later, I got up to use the bathroom, soon as my feet hit the floor I passed out. When I woke up I was in the back of A Ambulance spitting up blood, with A Suction tube down my throat and A lady standing over me saying "We Are waiting on the helicopter baby. Everything go be Alright." At that I couldn't recall what happen but I knew it was serious. The helicopter came and I was pushed in the back of it. I was flown to USA Hospital.

PAGE 1 OF 1

_____
Signature of Affiant

After running several test and having C.T. Scans, they told me my eye socket was cracked and I would need surgery to repair it. And my eye was swollen so bad, they didn't know how my would come back. I told them I was willing to undergo surgery to fix it. I was admitted in the hospital at 8 or 9 pm. on 1-27-15. I had surgery on 1-29-15 about 12pm. I came back to G.K. Fountain on 1-30-15 around 1pm. I was placed in the hospital ward until 2-3-15 then I was placed back in seg. on C-Side. The vision in my eye is still impaired, and I can't stop coughing up blood.

ERIK M. Dennis
Name of Affiant (print clearly)

Erik M Dennis
Affiant's Signature

Sworn to and subscribed before me a Notary Public in and for the said State of Alabama and County at large on this the 11th day of February, 2015

My Commission Expires on: My commission expires August 23, 2017

Willie C K___
NOTARY PUBLIC

Erik M. Dennis #233138
3800 Fountain Correction Facility
Atmore, Al 36504

C/o Hon. Charles R. Dizd
United States District court
Southern District of Alabama
113 St Joseph street
Mobile, Alabama   36602

LEGAL