**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **ERIK MAURICE DENNIS (AIS# 233138),** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 15-00154-WS-B |
| **SGT. BRANDON MCKENZIE,** *et al.*, | * |
| Defendants. | * |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendants' Motion for Summary Judgment be **DENIED** on all counts.

The case is referred to the Magistrate Judge for action consistent with the Court's policies and procedures.

**DONE** this 21st day of March, 2018.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**