IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ERIK MAURICE DENNIS,

    Plaintiff,

vs.

BRANDON MCKENZIE, *et. al.*,

    Defendants.

    \* CIVIL ACTION NO. 15-00154-JB-B

## ORDER

Plaintiff's counsel has confirmed that this action has settled. Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that all claims in this case are hereby **DISMISSED WITH PREJUDICE.** Any party may move for reinstatement within the next thirty (30) days should settlement not be consummated. Each party is to bear their own costs.

Ordered this **4th** day of **September, 2018.**

                    /s/ SONJA F. BIVINS
                    UNITED STATES MAGISTRATE JUDGE